**Order entered January 23, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01710-CR

**ERRINGTON CHARLES HATCH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F11-59284-K**

## ORDER

The Court **REINSTATES** the appeal.

On December 18, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Nanette Hendrickson; (3) Ms. Hendrickson's explanation for the delay in filing appellant's brief is her workload; and (4) Ms. Hendrickson requested thirty additional days from the January 20, 2015 findings to file appellant's brief.

We **ORDER** appellant to file his brief by **FEBRUARY 19, 2015**. We note that on October 6, 2014, Ms. Hendrickson was granted an extension until October 28, 2014 to file appellant's brief. The brief is now three months overdue following that extension. Accordingly,

no further extensions will be granted.  If appellant's brief is not filed by the date specified, the Court will utilize the available remedies to obtain the brief, which may include ordering that Nanette Hendrickson be removed as appellant's attorney of record and ordering the trial court to appoint new counsel to represent appellant.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; Katherine Drew, Appellate Chief-Dallas County Public Defender's Office; Nanette Hendrickson, Dallas County Public Defender's Office; and the Dallas County District Attorney's Office.


/s/      LANA MYERS
         JUSTICE